UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-62068-CIV-JORDAN

ALEX IVANOVIC            )
                         )
    Petitioner           )
                         )
vs.                      )        **CLOSED CIVIL CASE**
                         )
WALTER A. MCNEIL         )
                         )
    Respondent           )
_____)

## Order Denying Habeas Petition and Closing Case

Following a de novo review of the record, including Mr. Ivanovic's objections [D.E. 15], I adopt the report and recommendation issued by Magistrate Judge White [D.E.14].

As explained by Magistrate Judge White, Mr. Ivanovic's plea was voluntary, and his counsel did not render ineffective assistance by failing to investigate or advise about possible defenses, or failing to conduct or ask for a psychological examination of Mr. Ivanovic. Furthermore, on this record, see, e.g., Transcript of Change of Plea Hearing at 3-6, the state trial court was not required to sua sponte conduct a competency hearing simply due to Mr. Ivanovic's bipolar disorder/chemical imbalance and the medication he was taking because (1) Mr. Ivanovic said the medication was being prescribed by medical doctors at the Broward County Jail and he suffered from these conditions before his incarceration, (2) by his own admission the medication helped Mr. Ivanovic be more focused, (3) Mr. Ivanovic's counsel opined that Mr. Ivanovic understood what was going on and was competent, and (4) Mr. Ivanovic did not act irrationally or strangely at the change of plea hearing and in fact engaged the trial court in an intelligent discussion about eligibility for gain time. *See United States v. Blount*, 2006 WL 2456566, *1 (11th Cir. 2006).

Accordingly, Mr. Ivanovic's habeas corpus petition is denied.

This case is closed.

Done and ordered in chambers at Miami, Florida, this 9th day of February, 2010.

_____
Adalberto Jordan
United States District Judge

Copies to Magistrate Judge White, counsel of record, and Alex Ivanovic, pro se, DC # 661424, South Bay Correctional Facility, P.O. Box 7171, South Bay, FL 33493